## 910    CASES REPORTED WITH BRIEF SYLLABI.

Margaret M. McCormack, Appellant, v. George McCormack, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael Mella, an Infant, by John Mella, His Guardian ad Litem, Respondent, v. Leon Burati, Appellant.— Appeal dismissed, with ten dollars costs.  Opinion per curiam.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Richard Rawle Thorne, Respondent, v. Johnson, Adams & Greacen, Incorporated, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $20,000; in which event the judgment as so modified and the order appealed from are affirmed without costs.  No opinion.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Cristofero Mannuzza, Respondent, v. L. Mundet & Son, Incorporated, and Another, Appellants.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Marcus Mayer and Others, Respondents, v. Angelo R. Monzo, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Sarah C. L. Read, as Executrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs, on opinion of this court on former appeal (123 App. Div. 228).  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Trustees of the Presbytery of New York, a Domestic Corporation, Respondent, v. Westminster Presbyterian Church of West Twenty-third Street, a Domestic Religious Corporation, and Others, Appellants.— Judgment reversed and complaint dismissed on the authority of *Westminster Church* v. *Presbytery of New York* (211 N. Y. 214).  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Trustees of the Presbytery of New York, a Domestic Corporation, Respondent, v. Westminster Presbyterian Church of West Twenty-third Street, a Domestic Religious Corporation, Appellant, Impleaded with Others.— Appeal from order dismissed, without costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Louise Nuby, Appellant, v. Union Railway Company of New York City, Respondent.— Order reversed, with costs, and verdict reinstated.  No opinion.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

David Crow, Appellant, v. H. Dudley Warner, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Hattie Taub, Respondent, v. Yetta Schlessel and Another, Appellants. — Order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.